IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vitan Vitanov,<br><br>    Petitioner,<br><br>vs.<br><br>Alberto R. Gonzales,<br><br>    Respondent. | No. CV 06-0845-PHX-FJM (ECV)<br><br>**ORDER** |

      Petitioner has filed a Motion for Extension of Time (Doc. #11) in which he seeks a ten day enlargement of time to file a reply in support of his habeas petition. Petitioner's reply, however, titled "Petitioner's Response for Respondent's Opposition to Petition for Writ of Habeas Corpus," was filed the day before his motion for an extension was filed. Moreover, the reply was filed within the time frame set forth in the screening order. Doc. #4 at 3. For these reasons, the motion for extension of time will be denied as moot.

      In addition, Petitioner has filed a Motion for Extension of Time to File Objection (Doc. #12) in which he requests additional time to object to what he believes is the court's rejection of his reply. Petitioner appears to be confused by the stamp on his reply that states that the format was not in compliance with the local rules. The court did not reject the reply. Regardless, there was no time limit set to file an objection and thus no need to request an extension of time. Petitioner filed his Objection (Doc. #13) on August 1, 2006. Accordingly, this motion for an extension will also be denied as moot.

1 **IT IS THEREFORE ORDERED:**

2 That Petitioner's Motion for Extension of Time (Doc. #11) and Motion for Extension of Time to File Objection (Doc. #12) are **denied as moot**.

DATED this 3rd day of August, 2006.

*/s/ Edward C. Voss*
Edward C. Voss
United States Magistrate Judge