IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vitan Vitanov,<br><br>        Petitioner,<br><br>vs.<br><br>Alberto R. Gonzales,<br><br>        Respondent. | No. CV-06-0845-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (doc. 1), and the Report and Recommendation of the United States Magistrate Judge (doc. 15). No objection to the Report and Recommendation was filed and the time to file an objection has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

The court accepts the recommended decision of the United States Magistrate Judge pursuant to Rule 72(b), Fed. R. Civ. P. **IT IS THEREFORE ORDERED DENYING** the Petition for Writ of Habeas Corpus (doc. 1).

DATED this 27th day of December, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge