**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Vitan Vitanov, | ) | No. CV-06-0845-PHX-FJM |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Alberto R. Gonzales, | ) | |
| Respondent. | ) | |

We previously adopted the recommended decision of the United States Magistrate Judge and denied petitioner's Petition for Writ of Habeas Corpus (doc. 17). Thereafter, we denied petitioner's motion to enlarge the time to file objections to the report and recommendation (doc. 22). Nevertheless, we now have before us petitioner's objections to the report and recommendation (doc. 21).

We have reviewed the objections and reconfirm our adoption of the Magistrate Judge's recommendation denying the Petition for Writ of Habeas Corpus. Because petitioner refuses to cooperate in his removal, he is unable to satisfy his burden under Zadvydas v. Davis, 533 U.S. 678, 699-700, 121 S. Ct. 2491, 2504 (2001); see also Pelich v. INS, 329 F.2d 1057, 1060 (9th Cir. 2003). Additionally, we do not have jurisdiction to review petitioner's order of removal. See 8 U.S.C. § 1252(a)(5).

1  Therefore, upon further review of this matter pursuant to Rule 72(b), Fed. R. Civ. P.,
2 we reconfirm our earlier decision denying petitioner's Petition for Writ of Habeas Corpus
3 (doc. 1).

DATED this 23rd day of January, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge